| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kaplan, Lewis A | U.S. District Court S.D.N.Y. | 8/12/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ○ Nomination, Date   ○ Initial  ● Annual  ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse 500 Pearl Street New York, NY 10007 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Handy Place Investment Partnership |
| 2. Executor/trustee | Estate of deceased█████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 16 11 44 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Revolving Credit Agreement | O |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 8/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. NYS Twy E Hwy 5s 03 | B | Interest | | | Redemption | 3-3 | L | A | |
| 2. Citibank, NY, NY, ckg | | None | J | T | | | | | |
| 3. Citibank, NY, NY, ckg | | None | J | T | | | | | |
| 4. NYS MCFFA 5.375s 04 | B | Interest | K | T | None | | | | |
| 5. Albany Co. 5s 04 | B | Interest | K | T | None | | | | |
| 6. Triboro Spl Ob 6.1s 05 (F) | A | Interest | | | Redemption | 1-2 | J | A | |
| 7. NYS Mtg Ser 29A 4.7s 05 (E) | B | Interest | K | T | None | | | | |
| 8. Port Auth NY&NJ 4.8 05 (E) | B | Interest | K | T | None | | | | |
| 9. Port Auth NY&NJ 4.8 05 | B | Interest | K | T | None | | | | |
| 10. NYS HFA U Con 6.5s 06 (E) | A | Interest | J | T | None | | | | |
| 11. Kinderhook CSD 6s 07 (E) | B | Interest | K | T | None | | | | |
| 12. NYS Pwr A Ser D 5.875 10 (E) | A | Interest | J | T | Pt Redemptio | 1-2 | J | A | |
| 13. NYS Pwr A GP 5.375s 10 | B | Interest | K | T | None | | | | |
| 14. NYS Pwr A Ser GP 5.5 10 (E) | A | Interest | J | T | None | | | | |
| 15. NYS Pwr A Ser F 5.5s 10 | B | Interest | K | T | Pt Redemptio | 1-2 | J | A | |
| 16. ML CMA Tax Exempt Fund | A | Dividend | M | T | | | | | |
| 17. Mun Inv Trust Ser A NY | A | Interest | J | T | Pt Redempt | 9-25 | J | A | |
| 18. PW 1982 EES lim ptn | | None | J | W | None | | | | |

| 1. Income/Gain Codes: | A = $1.000 or less | B = $1.001-$2.500 | C = $2.501-$5.000 | D = $5.001-$15.000 | E = $15.001-$50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50.001-$100.000 | G = $100.001-$1.000.000 | H1 = $1.000,001-$5.000,000 | H2 = More than $5.000.000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15.001-$50.000 | L = $50.001-$100.000 | M = $100.001-$250.000 | |
| (See Columns C1 and D3) | N = $250.000-$500.000 | O = $500.001-$1.000.000 | P1 = $1.000,001-$5.000.000 | P2 = $5.000.001-$25.000.000 | |
| | P3 = $25,000.001-$50.000.000 | | P4 = $More than $50.000.000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. PW 1986 EES lim ptn | B | Distribution | J | W | None | | | | |
| 20. Handy Place Invest Part | | None | J | W | None | | | | |
| 21. T Rowe Price Int St F | | None | | | Redemption | 4-21 | M | A | |
| 22. 20th Cent Ultra F | | None | M | T | None | | | | |
| 23. Met Tran NY 5.9s 08 | B | Interest | K | T | None | | | | |
| 24. MTA NY 5.9 08 (E) | A | Interest | K | T | None | | | | |
| 25. Nassau Co. 5.7s 09 | C | Interest | L | T | None | | | | |
| 26. NYS MCFFA 5.2 03 | B | Interest | | | Redemption | 1-2 | K | A | |
| 27. NYS MCFFA 5.55s 06 | C | Interest | L | T | None | | | | |
| 28. West. Co. 5.6s 07 | B | Interest | K | T | None | | | | |
| 29. NYS Pwr Auth 5s 07 | B | Interest | | – | Redemption | 1-2 | L | A | |
| 30. NYS Env Fac 4.65 04 | B | Interest | K | T | None | | | | |
| 31. Clarkstown 5.6s 08 | D | Interest | M | T | None | | | – | |
| 32. Suffolk Co. 5.875s 08 | C | Interest | L | T | None | | | | |
| 33. NYS Dorm Skidmore 4.7s 03 (E) | A | Interest | | – | Redemption | 7-1 | K | A | |
| 34. NYC Mun Wtr 5.375s 07 | B | Interest | K | T | None | | | | – |
| 35. NYC Mun Wtr 5.375s 07 (E) | B | Interest | K | T | None | | | | |
| 36. NYS UDC 5.375s 12 (E) | A | Interest | | | Redemption | 1-2 | L | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kaplan, Lewis A | 8/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. NYC Mun Wtr 5.5s 12 | C | Interest | L | T | None | | | | |
| 56. Triboro BTA 5s 12 | B | Interest | | | Redemption | 1-2 | L | A | |
| 57. NYS LGAC 5.375s 14 | B | Interest | K | T | None | | | | |
| 58. US Treas Strips 0% 07 | | None | | | Sale | 4-8 | K | D | |
| 59. Cpn Treas Rec 0% 09 | | None | M | T | None | | | | |
| 60. US Treas Strips 0% 10 | | None | L | T | Pt Sale | 11-18 | M | F | |
| 61. NYS Dorm 5.375s 14 | C | Interest | L | T | None | | | | |
| 62. US Treas strips 0 06 | | None | | | Sale | 2-4 | M | F | |
| 63. US Treas strips 0 08 | | None | | | Sale | 6-4 | M | F | |
| 64. US Treas strips 0 11 | | None | L | T | None | | | | |
| 65. NYS Dorm 5.125 08 | D | Interest | M | T - | None | | | | |
| 66. NYS Dorm 5.25s 13 | C | Interest | L | T | None | | | | |
| 67. Fidelity Fund | B | Distribution | N | T | None | | | - | |
| 68. Fidelity Large Cap F | B | Distribution | N | T | None | | | | |
| 69. Triboro BTA 4.5 13 (E) | B | Interest | K | T - | None | | | | |
| 70. Puerto Rico MFA 5.5 09 (E) | B | Interest | K | T | None | | | | ... |
| 71. NYS Dorm 5.125 11 (E) | C | Interest | L | T | None | | | | |
| 72. Triboro BTA 4.3 11 | A | Interest | K | T | None | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kaplan, Lewis A | 8/12/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Triboro BTA 4.75 16 | A | Interest | K | T | None | | | | |
| 74. NYC Mun Wtr 4.9 13 | B | Interest | L | T | None | | | | |
| 75. Commack UFSD 4.  13 | D | Interest | M | T | None | | | 375 | |
| 76. NYS Mtg Agy 5.45 12 | D | Interest | M | T | None | | | | |
| 77. NYS Twy 5.125 13 | D | Interest | M | T | None | | | | |
| 78. So. Glens F CSD 5.25 14 | C | Interest | L | T | None | | | | |
| 79. NY Tran at MTA 5.2 10 | D | Interest | M | T | None | | | | |
| 80. NYS Env   5.125 11 | C | Interest | L | T | None | | Fac | | |
| 81. NYS Dorm 5.125 11 | D | Interest | M | T | None | | | | |
| 82. NYS Dorm 5.  12 (E) | B | Interest | K | T | None | | | 1 | |
| 83. NYS Env Fac 4.55 13 | C | Interest | L | T - | None | | | | |
| 84. NYS Env      17 | C | Interest | L | T | None | | Fac 4.95 | | |
| 85. First USA Bk CD 5.55 06 | C | Interest | | | Sale | 11-10 | K | C | |
| 86. ML Bk/B&T RASP | A | Interest | K | T | | | | | |
| 87. NYS Trans 5.0 19 | C | Interest | M | T _ | None | | | | |
| 88. Greece CSD 4.5 17 | C | Interest | M | T | None | | | | --- |
| 89. NYS Env Fac 4.  12 | C | Interest | M | T | None | | | 2 | |
| 90. MTA 4. | C | Interest | M | T | None | | 0 12 | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 8/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. MTA 4.0 13 | C | Interest | M | T | None | | | | |
| 92. NYC 4.375 11 (E) | C | Interest | M | T | None | | | | |
| 93. DN Banco Bil Viz CD 6.2 12 | A | Interest | | | Sale | 2-25 | L | A | |
| 94. FNMA 5.0 12 | D | Interest | M | T | | | | | |
| 95. NM Bank Amer 6.5 17 | D | Interest | M | T | | | | | |
| 96. ML Bank (E) | A | Interest | M | T | | | | | |
| 97. Triboro BTA 3.75 13 | C | Interest | M | T | Buy | 3-5 | L | | |
| 98. William Floyd UFSD 4.125 15 | C | Interest | M | T | Buy | 2-19 | L | | |
| 99. MTA 5.0 23 | C | Interest | M | T | None | | | | |
| 100. GECC 4.75 13 | C | Interest | M | T | Buy | 2-13 | M | | |
| 101. Pacific Innov Select annuity | | None | M | T | Buy | 4-9 | M | | |
| 102. Provident Bk 5.0 15 | C | Interest | L | T | Buy | 2-28 | L | | |
| 103. FHLMC multi % 18 | C | Interest | M | T | Buy | 6-18 | M | | |
| 104. Hudson United Bk 5.05 13 | | None | K | T | Buy | 11-14 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 8/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. NYS MCFFA 5.125s 12 | C | Interest | | | Redemption | | | | |
| 38. US Treas Strips 0 8/15/07 | | None | | | Sale | 4-8 | M | F | |
| 39. NYS Twy 5.0 08 (E) | B | Interest | L | T | None | | | | |
| 40. NYS MCFFA 5.375 14 (E) | A | Interest | K | T | None | | | | |
| 41. Oneida 6.4s 06 | A | Interest | K | T | None | | | | |
| 42. Kinderhook CSD 6s 07 | A | Interest | J | T | None | | | | |
| 43. Triboro BTA 6.1s 05 | A | Interest | | | Redemption | | J | A | |
| 44. Ramapo 5.6s 08 | A | Interest | J | T | None | | | | |
| 45. MAC 5.0 06 | A | Interest | | | Redemption | 7-1 | J | A | |
| 46. NYS UDC 5.4s 06 | B | Interest | K | T | None | | | | |
| 47. Nassau Co. 5.125s 13 | C | Interest | L | T | None | | | | |
| 48. NYS HFA 6.4s 07 | A | Interest | J | T | None | | | | |
| 49. E. Meadow 4.9 06 | B | Interest | K | T | None | | | | |
| 50. NYS Mtg Agy 4.7s 05 | A | Interest | J | T | None | | | | |
| 51. NYS Dorm 5.7s 10 | A | Interest | J | T | None | | | | |
| 52. Chicago Pub Hsg 5.0s 04 | A | Interest | J | T | None | | | | |
| 53. NYS UDC 5.375s 12 | B | Interest | | | Redemption | 1-2 | L | A | |
| 54. NYS MCFFA 5.0 11 | B | Interest | L | T | None | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kaplan, Lewis A | 8/12/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. Income reported for 1982 and 1986 PW EES limited partnerships and Handy Place Investment Partnership are distributions.
2. (E) refers to assets held as executor, or trustee under testamentary trust, under will of deceased ▮▮▮▮▮

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kaplan, Lewis A | 8/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date ___ 8/18/04 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544